1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN SHAWN ROBINSON,

        Plaintiff,

  v.

LONGVIEW POLICE DEPARTMENT, et al.,

        Defendants.

CASE NO. C15-5752 RBL-KLS

ORDER REGARDING REQUEST FOR SERVICE (DKT. 14)

Plaintiff, Kevin Shawn Robinson, proceeding pro se in this removed action, asks this Court to serve the summons and complaint on Defendants City of Longview/ Longview Police Department, Timothy Deisher, Michael Maini, Greg Burns, Tim Huycke, and Emilio Villagrana by U.S. Marshal or mail. Dkt. 14. Plaintiff was granted *in forma pauperis* (IFP) status by the Cowlitz County Superior Court prior to removal. Dkt. 1-1.

Under the Federal Rules of Civil Procedure, the Court will serve a complaint on behalf of a prisoner proceeding IFP. Fed. R. Civ. P. 4(c)(3); *see* 28 U.S.C. § 1915. As noted above, Plaintiff, a prisoner, was granted leave to proceed IFP before the state court and because Defendants removed this matter, there is no requirement that Plaintiff pay a civil filing fee to

PRETRIAL SCHEDULING ORDER - 1

proceed in federal court.  However, Plaintiff has not been granted leave to proceed IFP in this court.

Therefore, the Court **DIRECTS the Clerk** to provide Plaintiff with an IFP application so that his IFP status may be confirmed and, if necessary, the Court may serve the complaint on his behalf.  If Plaintiff fails to file the papers necessary to confirm his IFP status, he will be responsible for serving defendants himself.  Plaintiff should file his IFP papers by **January 15, 2016**.

The Court will provide an additional ninety (90) days for service of defendants.  *See* Fed. R. Civ. P. 4(m), as amended December 1, 2015 (changing time limit for service to 90 days after the complaint is filed).

Dated this 15th day of December, 2015.

*signature*

Karen L. Strombom
United States Magistrate Judge

PRETRIAL SCHEDULING ORDER - 2