UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN SHAWN ROBINSON,

        Plaintiff,

    v.

LONGVIEW POLICE DEPARTMENT, et al.,

        Defendants.

CASE NO. C15-5752 RBL-KLS

ORDER DENYING MOTION FOR SANCTIONS

    Plaintiff, Kevin Shawn Robinson, proceeding pro se in this removed action, asks this Court to sanction defendants for failing to provide the entire state court record. Dkt. 9. Defendants respond that all state court records on file were served on Plaintiff, but to ensure that he receives all the state court records, Defendants state they will re-serve them on Plaintiff. Dkt. 12, Dkt. 13, Declaration of John Justice.

    There is no evidence of bad faith or any other grounds for sanctions. Accordingly, Plaintiff's motion for sanctions (Dkt. 9) is **DENIED.**

    Dated this 29th day of December, 2015.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION FOR SANCTIONS - 1