HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN SHAWN ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LONGVIEW POLICE DEPARTMENT,<br><br>    Defendant. | CASE NO. C15-5752 RBL-KLS<br><br>ORDER |

THIS MATTER is before the Court on the Magistrate Judge Strombom's Report and Recommendation [Dkt. # 15] recommending that the Court DENY Plaintiff's Motion to Remand [Dkt. #7]. Plaintiff Robinson Objects to the R&R [Dkt. #18], both on substantive grounds that are simply wrong (he argues that he has the right to decide which court hears his federal claims), and by seeking leave to amend his complaint to "drop" his federal claims. He asks the Court to accept his Amended Complaint and remand his remaining, state law claims.

Robinson's Objection to the R&R is REJECTED on his substantive arguments. But his Motion to file an amended complaint (attached as Exhibit B to Dkt. #18) is GRANTED, and that proposed amended complaint is DEEMED FILED. And, because the Plaintiff no longer asserts any federal claims, the Court will DECLINE to exercise supplemental jurisdiction over his

1  remaining state law claims under 28 U.S.C. §1367.  The matter is therefore REMANDED to the

2  Cowlitz County Superior Court.  The clerk shall terminate the R&R and close the case.

3  IT IS SO ORDERED.

4  Dated this 22nd day of January, 2016.

_Ronald B. Leighton_
Ronald B. Leighton (as auth/dn)
United States District Judge